**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Case No:        13-10864      BKT    Judge: BRIAN K. TESTER

Case Name:     MARTINEZ GORBEA, SANDRA ALICIA

For Period Ending:  09/30/14

Trustee Name:                          Noemi Landrau-Rivera

Date Filed (f) or Converted (c):    12/28/13 (f)

341(a) Meeting Date:               01/22/14

Claims Bar Date:                     05/21/14

| 1 Asset Description (Scheduled and Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=554(a) Abandon | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1. 1/12 PART. OVER REAL PROPERTY- RESIDENCE | 16,667.00 | 0.00 | | 0.00 | FA |
| 1/12 particition over real property at Urb. Berwin Estates No. P-42, Road 15, San Juan, PR. Real property is principal residence of Debtor. Value of real property $200,000.00.  No value to the estate. | | | | | |
| 2. SAVINGS & SHARES AT AEELA | 25,907.79 | 0.00 | | 0.00 | FA |
| Fully encumbered and exempt as claimed by Debtor in Schedule C. | | | | | |
| 3. CHECKING ACCT FIRST BANK 1216 | 959.57 | 0.00 | | 0.00 | FA |
| Fully exempt as claimed by Debtor in Schedule C. | | | | | |
| 4. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| Fully exempt as claimed by Debtor in Schedule C. | | | | | |
| 5. WEARING APPAREL | 1,200.00 | 0.00 | | 0.00 | FA |
| Fully exempt as claimed by Debtor in Schedule C. | | | | | |
| 6. MISC. JEWELRY | 300.00 | 0.00 | | 0.00 | FA |
| Fully exempt as claimed by Debtor in Schedule C. | | | | | |
| 7. Estate of a Decedent | 20,833.34 | 1.00 | | 0.00 | 1.00 |
| No cause of action filed.  Claim tied to administration of real property at Urb. Hipodromo Calle Humacao, Santurce, PR Pending liquidation by Trustee. | | | | | |
| 8. 1/12 participation over real property Santurce, PR | 16,222.23 | 16,222.23 | | 0.00 | 16,222.23 |
| 1/12 Participation over real property at Urb. Hipodromo, Calle Humacao No. 1467, Santurce, Puerto Rico. Pending liquidation by Trustee. | | | | | |
| 9. 2001 PATHFINDER | 3,830.00 | 0.00 | | 0.00 | FA |
| Fully exempt as claimed by Debtor in Schedule C. | | | | | |
| 10. 2004 NISSAN MAXIMA | 1,000.00 | 0.00 | OA | 0.00 | FA |

LFORM1

Ver: 18.03a

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    2

| Case No: | 13-10864 | BKT | Judge: BRIAN K. TESTER |
|---|---|---|---|
| Case Name: | MARTINEZ GORBEA, SANDRA ALICIA | | |

| | |
|---|---|
| Trustee Name: | Noemi Landrau-Rivera |
| Date Filed (f) or Converted (c): | 12/28/13 (f) |
| 341(a) Meeting Date: | 01/22/14 |
| Claims Bar Date: | 05/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Fully exempt as claimed by Debtor in Schedule C. | | | | | |
| 11. INSURANCE CLAIM | 7,347.00 | 5,912.00 | | 7,347.00 | FA |
| Insurance claim for loss of vehicle 2004 Nissan Maxima. Exemption paid to Debtor | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.05 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $95,266.93 | $22,135.23 | | $7,349.05 | $16,223.23 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Pending liquidation of inheritance participation.  Real estate broker Pedro Betancourt Díaz

Initial Projected Date of Final Report (TFR): 12/31/15          Current Projected Date of Final Report (TFR): 12/31/15

LFORM1

Ver: 18.03a