**FORM 2**

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-10864 -BKT

Case Name: MARTINEZ GORBEA, SANDRA ALICIA

Taxpayer ID No: *******8008

For Period Ending: 09/30/14

Trustee Name: Noemi Landrau-Rivera

Bank Name: BANCO SANTANDER

Account Number / CD #: *******8137 Checking Account

Blanket Bond (per case limit): $ 16,660,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/20/14 | 11 | UNIVERSAL INSURANCE COMPANY claim no. 1729967 policy no. 88PP527861 | LIQUIDATED CLAIM | 1129-000 | 7,347.00 | | 7,347.00 |
| 02/28/14 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | 0.16 | | 7,347.16 |
| 03/31/14 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | 0.63 | | 7,347.79 |
| 04/30/14 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | 0.61 | | 7,348.40 |
| 05/30/14 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | 0.61 | | 7,349.01 |
| 06/30/14 | INT | BANCO SANTANDER | INTEREST REC'D FROM BANK Not loaded by bank on electronic files but in bank statement. | 1270-000 | 0.04 | | 7,349.05 |
| 07/03/14 | 003001 | SANDRA A. MARTINEZ GORBEA URB. BERWIND ESTATES CALLE 15A NO. P42 SAN JUAN, PR 00924 | EXEMPTION PAYMENT Payment of exemption claimed by Debtor and granted as per order of Court entered on 06/09/2014 docket no. 23 | 8100-000 | | 1,435.00 | 5,914.05 |
| 09/30/14 | | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | BLANKET BOND PAYMENT | 2300-000 | | 11.87 | 5,902.18 |

|  | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 7,349.05 | 1,446.87 | 5,902.18 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 7,349.05 | 1,446.87 | |
| Less: Payments to Debtors | | 1,435.00 | |
| Net | 7,349.05 | 11.87 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******8137 | 7,349.05 | 11.87 | 5,902.18 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 7,349.05 | 11.87 | 5,902.18 |
| Page Subtotals | 7,349.05 | 1,446.87 | |

LFORM24

Ver: 18.03a

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 13-10864 -BKT |
| Case Name: | MARTINEZ GORBEA, SANDRA ALICIA |

| | |
|---|---|
| Taxpayer ID No: | *******8008 |
| For Period Ending: | 09/30/14 |

| | |
|---|---|
| Trustee Name: | Noemi Landrau-Rivera |
| Bank Name: | BANCO SANTANDER |
| Account Number / CD #: | *******8137  Checking Account |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 16,660,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| | /s/ | Noemi Landrau-Rivera |
| Trustee's Signature: | _____ | Date: 11/22/14 |
| | NOEMI LANDRAU-RIVERA | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 18.03a

LFORM24