IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| SANDRA ALICIA MARTINEZ GORBEA | * | CASE NO. 13-10864 BKT |
| | * | |
| | * | CHAPTER 7 |
| DEBTOR | * | |

**DEBTOR'S SECOND REQUEST FOR ENTRY OF DISCHARGE ORDER**

TO THE HONORABLE COURT:

COME NOW, **SANDRA ALICIA MARTINEZ GORBEA,** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. On December 28, 2013, the debtor filed a voluntary petition under Chapter 7, 11 U.S.C. §701, *et seq.*, in the above captioned case.

2. The debtor appeared at the § 341 meeting of creditors held on February 19, 2014, and the Chapter 7 Trustee, Noemi Landrau Rivera, Esq., notified that the case be held open for potential asset recovery. *Trustee's Report After Meeting of Creditors – 341 Minutes*, dated February 21, 2014, docket no. 15.

3. On February 20, 2014, the Trustee filed a *Notice of Assets and Request for Claims Bar Date*, docket no. 11 and on February 21, 2014, the Court issued a *Notice*, to all creditors and parties in interest, setting the claims bar date in the present case, docket no. 13.

Page – 2 –
Debtors' SECOND Request for Entry of Order of Discharge
Case no. 13-10864 BKT7

4. On October 31, 2014, the debtor filed her certificate of having taken the instructional course concerning personal financial management, docket no. 26.

5. The debtor respectfully submits that in the present case, the time within to file a complaint objecting to the discharge or to determine dischargeability of certain debts has elapsed. Rules 4004(a) and 4007 (c) of the Federal Rules of Bankruptcy Procedure.

6. Under Section 727(a) of the Bankruptcy Code, 11 U.S.C. §727(a), the court **shall** grant debtor a discharge " . . . unless, . . . (exceptions to the discharge)," . 11 U.S.C. §727(a) (emphasis supplied).

7. Based on the above stated, the debtor respectfully requests that a discharge order be entered, in the above captioned case.

**WHEREFORE**, the debtor respectfully requests this Honorable Court grant the present motion and enter the discharge order, in the above captioned case.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

Page – 3 –
Debtors' SECOND Request for Entry of Order of Discharge
Case no. 13-10864 BKT7

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which will send notice of same to the Chapter 7 Trustee and all system participants; I also certify that a copy of this motion was sent via US Mail to the debtors and to all creditors and parties in interest appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 11th day of July, 2016.

/s/Roberto Figueroa Carrasquillo
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

```
Label Matrix for local noticing          ORIENTAL BANK                           US Bankruptcy Court District of P.R.
0104-3                                   PO BOX 364745                           Jose V Toledo Fed Bldg & US Courthouse
Case 13-10864-BKT7                       SAN JUAN, PR 00936-4745                 300 Recinto Sur Street, Room 109
District of Puerto Rico                                                          San Juan, PR 00901-1964
Old San Juan
Sat Jul  9 10:45:02 AST 2016

AEELA                                    BANCO POPULAR DE PR                     BANCO SANTANDER PR
PO BOX 364508                            209 Ave Munoz Rivera                    PO BOX 191080
SAN JUAN, PR  00936-4508                 San Juan, PR 00918-1005                 SAN JUAN, PR  00919-1080


BANCO SANTANDER PUERTO RICO              BANK OF AMERICA                         BBVA PUERTO RICO
PO BOX 362589                            PO BOX 26012                            PO BOX 364745
SAN JUAN PR 00936-2589                   GREENSBORO, NC  27420-6012              SAN JUAN, PR  00936-4745


DTOP                                     EDUCOOP                                 GE Capital Retail Bank
PO Box 41269 MINILLAS STATION            501 PONCE DE LEON                       c/o of Recovery Management Systems Corp
SAN JUAN, PR  00940-1269                 SAN JUAN PR 00917-3713                  25 S.E. 2nd Avenue, Suite 1120
                                                                                 Miami, FL 33131-1605


JC PENNEY                                Northstar Location Service LLC          MONSITA LECAROZ ARRIBAS
PO BOX 364788                            4285 Genesee St                         OFFICE OF THE US TRUSTEE (UST)
SAN JUAN PR 00936 4788                   Buffalo, NY  14225-1943                 OCHOA BUILDING
                                                                                 500 TANCA STREET  SUITE 301
                                                                                 SAN JUAN, PR 00901


ROBERTO FIGUEROA CARRASQUILLO            ROBERTO ROMAN VALENTIN                  SANDRA ALICIA MARTINEZ GORBEA
PO BOX 186                               US TRUSTEES OFFICE                      URB BERWIND ESTATES
CAGUAS, PR 00726-0186                    PO BOX 9024003                          CALLE 15A  P42
                                         SAN JUAN, PR 00902-4003                 SAN JUAN, PR 00924-5733
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)ORIENTAL BANK                         End of Label Matrix
PO BOX 364745                            Mailable recipients    17
SAN JUAN, PR 00936-4745                  Bypassed recipients     1
                                         Total                  18
```